UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
SERNA, LUZ § Case No. 12-10160
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on         .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Frances Gecker_____
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 12-10160   DC   Judge: Donald R. Cassling | |
| Case Name: | SERNA, LUZ | |
| For Period Ending: | 08/29/14 | |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Date Filed (f) or Converted (c): | 03/14/12 (f) |
| 341(a) Meeting Date: | 05/10/12 |
| Claims Bar Date: | 04/25/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ONE HALF INTEREST IN HOMESTEAD PROPERTY LOCATED AT | 52,250.00 | 0.00 | | 0.00 | FA |
| 2. CASH<br>cash on hand<br>Debtor Claimed Exemption | 50.00 | 0.00 | | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS<br>Checking account with Chase Bank Chicago, IL | 0.00 | 0.00 | | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS<br>Checking account with Charter One Bank Chicago, IL | 0.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS<br>Misc. household goods<br>Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL<br>Misc. wearing apparel<br>Debtor Claimed Exemption | 200.00 | 0.00 | | 0.00 | FA |
| 7. INSURANCE POLICIES<br>Life insurance through Stone bridge; debtor's children and debtor's mother are beneficiaries. | 0.00 | 0.00 | | 0.00 | FA |
| 8. LIQUIDATED CLAIMS<br>2011 income tax refund; used for necessary living expenses | 3,070.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 12-10160 | DC | Judge: Donald R. Cassling | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | SERNA, LUZ | | | Date Filed (f) or Converted (c): | 03/14/12 (f) |
| | | | | 341(a) Meeting Date: | 05/10/12 |
| | | | | Claims Bar Date: | 04/25/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Debtor Claimed Exemption | | | | | |
| 9. VEHICLES  2006 Toyota Rv4 Approx. 61,000 miles title in debtor's name. Debtor Claimed Exemption | 9,654.00 | 5,940.00 | | 8,720.00 | FA |
| 10. BANK ACCOUNTS (u) | 0.00 | 3.26 | | 3.26 | FA |

|  | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $65,724.00 | $5,943.26 | | $8,723.26 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS SUBMITTED A TFR FOR REVIEW.

Initial Projected Date of Final Report (TFR): 05/01/13     Current Projected Date of Final Report (TFR): 05/15/14


        /s/    Frances Gecker
_____   Date: 08/29/14
        FRANCES GECKER

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-10160 -DC | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | SERNA, LUZ | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8761 GENERAL CHECKING |
| Taxpayer ID No: | *******7481 | | | |
| For Period Ending: | 08/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/22/12 | 9 | LUZ SERNA<br>CHASE ONLINE BILL PAYMENT<br>P.O. BOX 659740<br>SAN ANTONIO, TX 78265 | Turnover Payment | 1129-000 | 2,500.00 | | 2,500.00 |
| 11/20/12 | 10 | CHARTER ONE<br>ONE CITIZENS DRIVE<br>RIVERSIDE, RI 02915-3000 | BANK ACCOUNT | 1229-000 | 3.26 | | 2,503.26 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 2,503.26 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 2,503.26 | 2,503.26 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 2,503.26 | |
| Subtotal | 2,503.26 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 2,503.26 | 0.00 | |

Page Subtotals  2,503.26  2,503.26

UST Form 101-7-TFR (5/1/2011) (Page: 5)

LFORM24

Ver: 18.01

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-10160 -DC | | Trustee Name: | Frances Gecker |
| Case Name: | SERNA, LUZ | | Bank Name: | Bank of New York Mellon |
| | | | Account Number / CD #: | *******7281 GENERAL CHECKING |
| Taxpayer ID No: | *******7481 | | | |
| For Period Ending: | 08/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/12/13 | 9 | LUZ M. SERNA<br>5515 N. CHRISTIANA<br>CHICAGO, IL 60625 | Turnover Payment | 1129-000 | 500.00 | | 500.00 |
| 02/12/13 | 9 | LUZ M. SERNA<br>5515 N. CHRISTIANA<br>CHICAGO, IL 60625 | Turnover Payment | 1129-000 | 500.00 | | 1,000.00 |
| 02/12/13 | 9 | LUZ M. SERNA<br>5515 N. CHRISTIANA<br>CHICAGO, IL 60625 | Turnover Payment | 1129-000 | 500.00 | | 1,500.00 |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 2,503.26 | | 4,003.26 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 3.19 | 4,000.07 |
| 03/11/13 | | Bank of New York Mellon | BANK SERVICE FEES | 2600-000 | | 6.81 | 3,993.26 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,983.26 |
| 04/17/13 | 9 | LUZ M. SERNA<br>5515 N. CHRISTIANA<br>CHICAGO, IL 60625 | Turnover Payment | 1129-000 | 500.00 | | 4,483.26 |
| 04/17/13 | 9 | LUZ M. SERNA<br>5515 N. CHRISTIANA<br>CHICAGO, IL 60625 | Turnover Payment | 1129-000 | 1,000.00 | | 5,483.26 |

Page Subtotals    5,503.26    20.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 18.01

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-10160 -DC | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | SERNA, LUZ | | Bank Name: | Bank of New York Mellon |
| | | | Account Number / CD #: | *******7281  GENERAL CHECKING |
| Taxpayer ID No: | *******7481 | | | |
| For Period Ending: | 08/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,473.26 |
| 05/10/13 | 9 | LUZ M. SERNA<br>5515 N. CHRISTIANA<br>CHICAGO, IL  60625 | Turnover Payment | 1129-000 | 500.00 | | 5,973.26 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,963.26 |
| 06/20/13 | 9 | LUZ M. SERNA<br>5515 N. CHRISTIANA<br>CHICAGO, IL  60625 | Turnover Payment | 1129-000 | 500.00 | | 6,463.26 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,453.26 |
| 07/11/13 | 9 | LUZ M. SERNA<br>5515 N. CHRISTIANA<br>CHICAGO, IL  60625 | Turnover Payment | 1129-000 | 500.00 | | 6,953.26 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,943.26 |
| 08/20/13 | 9 | LUZ M. SERNA<br>5515 N. CHRISTIANA<br>CHICAGO, IL  60625 | Turnover Payment | 1129-000 | 500.00 | | 7,443.26 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.56 | 7,432.70 |
| 09/16/13 | 9 | LUZ M. SERNA<br>5515 N. CHRISTIANA | Turnover Payment | 1129-000 | 500.00 | | 7,932.70 |

Page Subtotals        2,500.00        50.56

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 18.01

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-10160 -DC | | Trustee Name: | Frances Gecker |
| Case Name: | SERNA, LUZ | | Bank Name: | Bank of New York Mellon |
| | | | Account Number / CD #: | *******7281  GENERAL CHECKING |
| Taxpayer ID No: | *******7481 | | | |
| For Period Ending: | 08/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CHICAGO, IL  60625 | | | | | |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 11.03 | 7,921.67 |
| 10/21/13 | 9 | LUZ M. SERNA<br>5515 N. CHRISTIANA<br>CHICAGO, IL  60625 | Turnover Payment | 1129-000 | 720.00 | | 8,641.67 |
| 02/03/14 | 010000 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | BOND PREMIUM<br>BOND NO. 016026455 | 2300-000 | | 12.45 | 8,629.22 |

```
                                    COLUMN TOTALS                        8,723.26            94.04          8,629.22
                                       Less:  Bank Transfers/CD's        2,503.26             0.00
                                    Subtotal                             6,220.00            94.04
                                       Less:  Payments to Debtors                             0.00
                                    Net                                  6,220.00            94.04
                                                                                            NET              ACCOUNT
                                    TOTAL - ALL ACCOUNTS              NET DEPOSITS      DISBURSEMENTS        BALANCE
                                    GENERAL CHECKING - ********8761     2,503.26            0.00              0.00
                                    GENERAL CHECKING - ********7281     6,220.00           94.04           8,629.22
                                                                     ----------------  ----------------  ----------------
                                                                         8,723.26           94.04           8,629.22
                                                                     ================  ================  ================
                                                                   (Excludes Account  (Excludes Payments   Total Funds
                                                                       Transfers)         To Debtors)       On Hand


                                                 Page Subtotals           720.00           23.48
```

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM24

Ver: 18.01

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit B

| Case No: | 12-10160 -DC | | Trustee Name: | Frances Gecker |
| Case Name: | SERNA, LUZ | | Bank Name: | Bank of New York Mellon |
| | | | Account Number / CD #: | *******7281 GENERAL CHECKING |
| Taxpayer ID No: | *******7481 | | | |
| For Period Ending: | 08/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Frances Gecker, Trustee

Trustee's Signature: ___/s/ Frances Gecker_____ Date: 08/29/14
FRANCES GECKER

| | | | | Page Subtotals | 0.00 | 0.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: August 29, 2014 |

Case Number: 12-10160  
Debtor Name: SERNA, LUZ

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | FRANCES GECKER, CHAPTER 7 TRUSTEE<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $1,622.33 | $0.00 | $1,622.33 |
| 001<br>3110-00 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $3,337.60 | $0.00 | $3,337.60 |
| BOND 999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | | $12.45 | $12.45 | $0.00 |
| 000001<br>070<br>7100-00 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | | $4,527.87 | $0.00 | $4,527.87 |
| 000002<br>070<br>7100-00 | RBS CITIZENS<br>443 JEFFERSON BLVD<br>RJW 135<br>WARWICK RI 02886 | Unsecured | | $1,997.01 | $0.00 | $1,997.01 |
| 000003<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>4161 PIEDMONT PARKWAY<br>NC4 105 03 14<br>GREENSBORO, NC 27410 | Unsecured | | $3,628.51 | $0.00 | $3,628.51 |
| 000004<br>070<br>7100-00 | AMERICAN EXPRESS CENTURION BANK<br>BECKET AND LEE LLP<br>ATTORNEYS AGENT FOR CREDITOR<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $13,590.76 | $0.00 | $13,590.76 |
| 000005<br>070<br>7100-00 | GE CAPITAL RETAIL BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI FL 33131-1605 | Unsecured | | $647.76 | $0.00 | $647.76 |
| 000006<br>070<br>7100-00 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>OF CITIBANK (SOUTH DAKOTA), N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | | $350.60 | $0.00 | $350.60 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 29, 2014 |
|---|---|---|---|---|---|---|

Case Number:   12-10160    Claim Class Sequence
Debtor Name:   SERNA, LUZ

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007<br>070<br>7100-00 | ECAST SETTLEMENT CORPORATION<br>C/O BASS & ASSOCIATES, P.C.<br>3936 E FT. LOWELL, SUITE 200<br>TUCSON, AZ 85712 | Unsecured | | $1,672.18 | $0.00 | $1,672.18 |
| | Case Totals: | | | $31,387.07 | $12.45 | $31,374.62 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-10160
Case Name: SERNA, LUZ
Trustee Name: Frances Gecker

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ | $ | $ |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ | $ | $ |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ | $ | $ |
| 000002 | RBS CITIZENS | $ | $ | $ |
| 000003 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000004 | AMERICAN EXPRESS CENTURION BANK | $ | $ | $ |
| 000005 | GE CAPITAL RETAIL BANK | $ | $ | $ |
| 000006 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS | $ | $ | $ |
| 000007 | ECAST SETTLEMENT CORPORATION | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE