IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 12-10160 |
| | ) | |
| LUZ SERNA, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | **Hearing Date:** September 30, 2014 |
| | ) | **Hearing Time:** 10:00 a.m. |
| | ) | **Room No.:** 615 |

## COVER SHEET FOR FIRST AND FINAL APPLICATION OF
## FRANKGECKER LLP FOR ALLOWANCE OF COMPENSATION AND EXPENSES

Name of Applicant:            FrankGecker, LLP

Authorized to Provide         Frances F. Gecker, Chapter 7 Trustee of the Estate of
Professional Services to:     LUZ SERNA

Period for Which              May 10, 2012 through July 31, 2014
Compensation is Sought:

Amount of Fees Sought:              $     3,336.50

Amount of Expense                   $        1.10
Reimbursement Sought:

This is a:                    First and Final Application


The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00.

{SERNALUZ/001/00039361.DOC/}

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 12-10160 |
| | ) | |
| LUZ SERNA, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Hearing Date: September 30, 2014 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | Room No.: 615 |

### NOTICE OF HEARING

PLEASE TAKE NOTICE THAT on **September 30, 2014,** at **10:00 a.m.**, we shall appear before the Honorable Janet S. Baer, or such other judge as may be sitting in her stead, in Courtroom 615 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **First and Final Application of FrankGecker LLP as Counsel to Frances Gecker, Chapter 7 Trustee of the Bankruptcy Estate of LUZ SERNA, for Compensation and Reimbursement of Expenses.**

Dated: July 31, 2014

Respectfully submitted,

FRANCES GECKER, not individually but as
Chapter 7 Trustee of the bankruptcy estate of
LUZ SERNA

By: /s/ Zane L. Zielinski
One of her attorneys

Zane L. Zielinski (IL ARDC #6278776)
**FrankGecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035
zzielinski@fgllp.com

{SERNALUZ/001/00039361.DOC/}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 12-10160 |
| | ) | |
| LUZ SERNA, | ) | Chapter 7 |
| | ) | |
|     Debtor. | ) | Honorable Janet S. Baer |
| | ) | |

**FIRST AND FINAL FEE APPLICATION OF FRANKGECKER LLP AS COUNSEL TO FRANCES GECKER, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF LUZ SERNA FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

FrankGecker LLP, counsel to Frances Gecker, the Chapter 7 Trustee (the "Trustee"), of the estate of Luz Serna, (the "Debtor"), hereby submits this first and final fee application (the "Application") pursuant to 11 U.S.C. §§330, 331 and 507(a)(1) seeking compensation totaling $3,336.50 for legal services performed as counsel to the Trustee during the period of May 10, 2012 through and including July 31, 2014 (the "Application Period") and reimbursement of expenses totaling $1.10 incurred in connection with those services. In support of the Application, FrankGecker LLP respectfully represents as follows:

## INTRODUCTION

1. The Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the U.S. Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division on March 14, 2012 (the "Petition Date").

2. Frances Gecker ("Trustee") is the duly appointed and qualified Chapter 7 Trustee.

3. The Trustee chose FrankGecker LLP ("FG") as her counsel in the Case and on June 26, 2012, this Court entered an order authorizing the Trustee to retain FG and Mr. Zielinski as her counsel retroactive to May 10, 2012.

{SERNALUZ/001/00039361.DOC/}            1

4. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

5. The Section 341 meeting of creditors was held on May 10, 2012 (the "341 Meeting").

6. The assets of this estate included undisclosed sale proceeds from a vehicle owned by the Debtor and sold to Chicago Northside Toyota Scion, without the authorization or consent of the Trustee for $11,500 to (the "Sale Proceeds").

7. After repeated inquiries and a motion for turnover, the Debtor final admitted that all that remained of the Sale Proceeds was approximately $5,500.

8. After additional delays in repaying the Trustee the Sale Proceeds, FG filed a Motion to Enforce the Turnover Order dated June 18, 2012 and to Extend Time to Object to Debtor's Exemptions and Discharge, and the Debtor paid the Trustee a total of $8,720.00 in monthly installments over a course of one year.

9. After payment in full, the Debtor received her discharge.

10. This Application seeks allowance of all fees and expenses incurred by FG from May 10, 2012 through and including July 31, 2014. To aid the Court in its review of this Application, the Trustee's counsel has divided this Application into three parts. Part I describes the practical and legal issues encountered by the Trustee's counsel, and actions taken and results obtained by counsel. Part II describes the qualifications and areas of expertise of the Trustee's attorneys. Part III describes the manner in which fees and expenses were calculated by the Trustee's attorneys.

I.  **SERVICES PERFORMED**

    A.    **Administration**        $2,981.50

FG spent **9.30** hours at a cost of **$2,981.50** on issues relating to the administration of the bankruptcy case including correspondence with the Debtor's attorney requesting documentation and information on the Debtor's bank accounts, finances, assets and vehicle, as well as drafting, filing and appearing in Court on Trustee's motions to extend time to object to Debtor's exemptions and discharge. In addition, because of the Debtor's uncooperative stance in disclosing the sale of her vehicle and the long delays in repaying the Sale Proceeds, FG drafted, filed and appeared on Trustee's motion for turnover as well as a motion to enforce the turnover order.

    B.    **Retention/Fee Applications of Professionals**        $355.00

FG spent **1.80** hours at a cost of **$355.00** on issues relating to drafting, filing and appearing in court on Trustee's motion to employ counsel.

II.  **ATTORNEYS PROVIDING SERVICES FOR THIS ESTATE**

Zane L. Zielinski (ZLZ) is an associate at FrankGecker LLP. Mr. Zielinski is a 2002 graduate of Chicago-Kent College of Law, where he was a member of the Editorial Board of the Chicago-Kent Law Review and was elected to the Order of the Coif. Mr. Zielinski specializes in bankruptcy law and has represented trustees, debtors and creditors in bankruptcy cases.

Reed Heiligman (RH) is an associate at FrankGecker LLP. Mr. Heiligman is a 2007 graduate of John Marshal Law School.

Christina S. Smith (CSS) is a bankruptcy paralegal at FrankGecker. Ms. Smith assisted counsel in case research and case administration.

### III.    CALCULATION OF TIME AND FEES

This is the Trustee's first and final application for compensation and reimbursement of fees and expenses of FG. This fee application applies to fees and expenses incurred by FG from May 10, 2012 through and including July 31, 2014. All professional services for which compensation is requested herein, and all reimbursement for expenses incurred, have been for services directly related to the Case and were rendered for the benefit of the Trustee and the Debtor's estate. No agreement or understanding exists between FG and any other person for the sharing of compensation received or to be received in connection with this Case, other than as disclosed or authorized pursuant to 11 U.S.C. §§ 327, 328, 330 and 331.

As set forth in the attached exhibit, FG's attorneys and paralegal have spent a total of **11.10** hours providing necessary legal services for the Trustee. As a result, compensation in the amount of **$3,336.50** for actual, necessary legal services performed (Exhibit A). The average hourly rate is **$300.59**.

In preparing this fee application, FG has calculated the amount of time spent by each attorney and paralegal in performing actual, necessary legal services for the Trustee. The data used came directly from computer printouts of data which is kept by FrankGecker LLP on each of its clients. The hourly rates charged are at a reduced rate in order to allow a distribution to the secured claimant in this Case. FG worked to avoid any duplication of effort, and in instances where more than one attorney billed for a project, there was a need for multiple attorneys' involvement or the time of one of the attorneys was voluntarily written off.

To aid the Court in its review of this material, FG has prepared its time exhibits by topic as presented in the attached Exhibit A. For purposes of this Application, counsel has used two categories. Most of these categories are substantive. The time entries cover all work performed

by FG regardless of whether it was office conferences, telephone conferences, research or some other type of work.

FG does not bill its clients or seek compensation in this fee application for its overhead expenses, including word processing, computer research charges, fax charges, phone charges or secretarial overtime, instead, such expenses are factored into FG's normal and customary rate.

No compensation has been promised to FG, other than as disclosed or approved by this Court. FG certifies that there is no agreement between the firm and any other party regarding the sharing of fees except with the firm's partners, nor has the firm discussed or negotiated the amount of its fees with any party except the Trustee. Finally, FG represents that it is and remains a disinterested party and does not hold any relationship adverse to the estate.

WHEREFORE, FrankGecker LLP respectfully requests that this Court enter an Order:

A.  Allowing FrankGecker LLP compensation for actual, necessary legal services in the amount of $3,336.50; and

B.  Authorizing the Trustee to pay FrankGecker LLP compensation and expense reimbursement in the total amount of $1.10.

Dated: July 31, 2014.                    Respectfully submitted,

FRANCES GECKER, not individually but as
Chapter 7 Trustee of the bankruptcy estate of
LUZ SERNA

By:  /s/    Zane L. Zielinski
    One of her attorneys

Zane L. Zielinski (IL ARDC #6278776)
**FrankGecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035
zzielinski@fgllp.com