UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SERNA, LUZ | § | Case No. 12-10160 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

UNITED STATES BANKRUPTCY COURT
CLERK OF THE U.S. BANKRUPTCY COURT
219 S. DEARBORN STREET, 7TH FL.
CHICAGO, ILLINOIS 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/30/2014 in Courtroom 615,

United States Courthouse
219 S. Dearborn Street
Chicago, Illinois  60602

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/29/2014          By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
SERNA, LUZ § Case No. 12-10160
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,723.26 |
| and approved disbursements of | $ | 94.04 |
| leaving a balance on hand of[1] | $ | 8,629.22 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 1,622.33 | $ 0.00 | $ 1,622.33 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 3,336.50 | $ 0.00 | $ 3,336.50 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 1.10 | $ 0.00 | $ 1.10 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 12.45 | $ 12.45 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 4,959.93 |
| Remaining Balance | | $ | 3,669.29 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,414.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 4,527.87 | $ 0.00 | $ 628.97 |
| 000002 | RBS CITIZENS | $ 1,997.01 | $ 0.00 | $ 277.41 |
| 000003 | FIA CARD SERVICES, N.A. | $ 3,628.51 | $ 0.00 | $ 504.04 |
| 000004 | AMERICAN EXPRESS CENTURION BANK | $ 13,590.76 | $ 0.00 | $ 1,887.91 |
| 000005 | GE CAPITAL RETAIL BANK | $ 647.76 | $ 0.00 | $ 89.98 |
| 000006 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS | $ 350.60 | $ 0.00 | $ 48.70 |
| 000007 | ECAST SETTLEMENT CORPORATION | $ 1,672.18 | $ 0.00 | $ 232.28 |

Total to be paid to timely general unsecured creditors $ 3,669.29

Remaining Balance $ 0.00

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/Frances Gecker
                            Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                             United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 12-10160-JSB
Luz Serna                                                               Chapter 7
        Debtor
                               CERTIFICATE OF NOTICE
District/off: 0752-1          User: mhenley              Page 1 of 2             Date Rcvd: Sep 03, 2014
                              Form ID: pdf006            Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2014.
db           #+Luz Serna,    2429 W. Farragut, #1A,    Chicago, IL 60625-2427
aty          +FrankGecker LLP,    325 N. LaSalle Street,    Suite 625,    Chicago, IL 60654-6465
aty           Zane L Zielinski,    Frank/Gecker LLP,    325 North LaSalle Street,    Suite 625,
               Chicago, IL 60610
20250802      American Express Centurion Bank,    Becket and Lee LLP,    attorneys agent for creditor,    POB 3001,
               Malvern, PA 19355-0701
18623811     +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
18623812     +Amexdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
18893700     +Bay Area Credit Service,     POB 468449,   Atlanta, GA 31146-8449
18623814     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18623815     +Chld/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
18893701     +Daniel Goodman, Esq.,    9701 W. Higgins,    #601,   Des Plaines, IL 60018-4703
18893703     +Dish Network,    Dept. 0063,    Palatine, IL 60055-0001
20176553      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
18623819     +Gmac Mortgage,    Po Box 4622,    Waterloo, IA 50704-4622
18623820     ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/Bsbuy,     Po Box 15519,    Wilmington, DE 19850)
18623822      Macysdsnb,    911 Duke Blvd,    Mason, OH 45040
18623823     +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
18623824     +Mtgsvc/Chrls Schwab Bk,    4001 Leadenhall Rd,    Mount Laurel, NJ 08054-4611
19969075     +RBS Citizens,    443 Jefferson Blvd,    RJW 135,   Warwick RI 02886-1321
18623825     +Rbs Citizens Na,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
18623826     +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
18623827     +Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
18623828     +Visa/Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
18623829     +Visdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
18623830      Wfnnb/Rmpl,    Attn: Customer Service  Po Box 182273,    Columbus, OH 43218-2273

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18893699     +E-mail/Text: g20956@att.com Sep 04 2014 05:41:34      AT & T Mobility,   POB 6416,
               Carol Stream, IL 60197-6416
21206602     +E-mail/Text: bnc@bass-associates.com Sep 04 2014 05:38:46
               Capital One, N.A. (Best Buy Co., Inc.),    c/o Bass & Associates, P.C.,
               3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
18893702     +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 04 2014 07:01:55      Discover,   POB 6103,
               Carol Stream, IL 60197-6103
19966524      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 04 2014 07:01:55      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
18623816     +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 04 2014 07:01:55      Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
20271280      E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2014 06:58:56      GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18623817     +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2014 06:56:00      Gecrb/Gap,   Po Box 981400,
               El Paso, TX 79998-1400
18623818     +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2014 06:58:56      Gecrb/Tjx Cos,   Po Box 1400,
               El Paso, TX 79948-1400
18623821     +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 04 2014 05:39:04      Kohls/Chase,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
20383819     +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 04 2014 06:56:06
               PYOD, LLC its successors and assigns as assignee,    of Citibank (South Dakota), N.A.,
               Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
21954242     +E-mail/Text: bnc@bass-associates.com Sep 04 2014 05:38:46      eCAST Settlement Corporation,
               c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18623813     ##+Bank Of America,    Po Box 1598,   Norfolk, VA 23501-1598
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: mhenley              Page 2 of 2              Date Rcvd: Sep 03, 2014
                              Form ID: pdf006            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2014                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2014 at the address(es) listed below:
              Constantine Dean Matsas    on behalf of Debtor Luz  Serna cdmatsas@matsaslaw.com
              Frances Gecker    fgecker@fgllp.com,
               fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor   GMAC Mortgage, LLC ND-Four@il.cslegal.com
              Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@fgllp.com,
               csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                             TOTAL: 5
```