**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LUZ SERNA | § | Case No. 12-10160 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 52,250.00<br>*(Without deducting any secured claims)* | Assets Exempt: 6,600.00 |
| Total Distributions to Claimants: 3,669.29 | Claims Discharged<br>Without Payment: 201,937.40 |
| Total Expenses of Administration: 5,053.97 | |

3) Total gross receipts of $ 8,723.26 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 8,723.26 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 152,571.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,053.97 | 5,053.97 | 5,053.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 53,050.00 | 26,414.69 | 26,414.69 | 3,669.29 |
| **TOTAL DISBURSEMENTS** | $ 205,621.00 | $ 31,468.66 | $ 31,468.66 | $ 8,723.26 |

4) This case was originally filed under chapter 7 on 03/14/2012 . The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/10/2014 By:/s/Frances Gecker

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| VEHICLES | 1129-000 | 8,720.00 |
| BANK ACCOUNTS | 1229-000 | 3.26 |
| **TOTAL GROSS RECEIPTS** | | $ 8,723.26 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gmac Mortgage Po Box 4622 Waterloo, IA 50704 | | 124,174.00 | NA | NA | 0.00 |
| | Mtgsvc/Chrls Schwab Bk 4001 Leadenhall Rd Mount Laurel, NJ 08054 | | 28,397.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 152,571.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | 2100-000 | NA | 1,622.33 | 1,622.33 | 1,622.33 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 12.45 | 12.45 | 12.45 |
| Bank of New York Mellon | 2600-000 | NA | 81.59 | 81.59 | 81.59 |
| FRANKGECKER LLP | 3110-000 | NA | 3,336.50 | 3,336.50 | 3,336.50 |
| FRANKGECKER LLP | 3120-000 | NA | 1.10 | 1.10 | 1.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 5,053.97 | $ 5,053.97 | $ 5,053.97 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amexdsnb 9111 Duke Blvd Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Amexdsnb 9111 Duke Blvd Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 10,009.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 1,424.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 14,399.00 | NA | NA | 0.00 |
| | Gecrb/Gap Po Box 981400 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Kohls/Chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Macysdsnb 911 Duke Blvd Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | 789.00 | NA | NA | 0.00 |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Sears/Cbna Po Box 6189 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Sears/Cbna Po Box 6282 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Visa/Dsnb 9111 Duke Blvd Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Visdsnb 9111 Duke Blvd Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Wfnnb/Rmpl Attn: Customer Service Po Box 182273 Columbus, OH 43218-2273 | | 0.00 | NA | NA | 0.00 |
| 4 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 13,590.00 | 13,590.76 | 13,590.76 | 1,887.91 |
| 1 | DISCOVER BANK | 7100-000 | 4,630.00 | 4,527.87 | 4,527.87 | 628.97 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | ECAST SETTLEMENT CORPORATION | 7100-000 | 1,672.00 | 1,672.18 | 1,672.18 | 232.28 |
| 3 | FIA CARD SERVICES, N. A. | 7100-000 | 3,628.00 | 3,628.51 | 3,628.51 | 504.04 |
| 5 | GE CAPITAL RETAIL BANK | 7100-000 | 647.00 | 647.76 | 647.76 | 89.98 |
| 6 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 318.00 | 350.60 | 350.60 | 48.70 |
| 2 | RBS CITIZENS | 7100-000 | 1,944.00 | 1,997.01 | 1,997.01 | 277.41 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 53,050.00 | $ 26,414.69 | $ 26,414.69 | $ 3,669.29 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 12-10160 | JSB | Judge: Janet S. Baer | Trustee Name: | Frances Gecker |
| Case Name: | LUZ SERNA | | | Date Filed (f) or Converted (c): | 03/14/2012 (f) |
| | | | | 341(a) Meeting Date: | 05/10/2012 |
| For Period Ending: | 12/10/2014 | | | Claims Bar Date: | 04/25/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ONE HALF INTEREST IN HOMESTEAD PROPERTY LOCATED AT | 52,250.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 50.00 | 0.00 | | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 7. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 8. LIQUIDATED CLAIMS | 3,070.00 | 0.00 | | 0.00 | FA |
| 9. VEHICLES | 9,654.00 | 5,940.00 | | 8,720.00 | FA |
| 10. BANK ACCOUNTS (u) | 0.00 | 3.26 | | 3.26 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |
| TOTALS (Excluding Unknown Values) | $65,724.00 | $5,943.26 | | $8,723.26 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS SUBMITTED A TFR FOR REVIEW.

Exhibit 8

RE PROP # 2 -- cash on hand

RE PROP # 3 -- Checking account with Chase Bank Chicago, IL

RE PROP # 4 -- Checking account with Charter One Bank Chicago, IL

RE PROP # 5 -- Misc. household goods

RE PROP # 6 -- Misc. wearing apparel

RE PROP # 7 -- Life insurance through Stone bridge; debtor's children and debtor's mother are beneficiaries.

RE PROP # 8 -- 2011 income tax refund; used for necessary living expenses

RE PROP # 9 -- 2006 Toyota Rv4 Approx. 61,000 miles title in debtor's name.

Initial Projected Date of Final Report (TFR): 05/01/2013 Current Projected Date of Final Report (TFR): 05/15/2014

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | |
|---|---|---|---|
| Case No: | 12-10160 | Trustee Name: | Frances Gecker |
| Case Name: | LUZ SERNA | Bank Name: | Congressional Bank |
| | | Account Number/CD#: | XXXXXX8761 |
| | | | GENERAL CHECKING |
| Taxpayer ID No: | XX-XXX7481 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/22/12 | 9 | LUZ SERNA CHASE ONLINE BILL PAYMENTP.O. BOX 659740SAN ANTONIO, TX 78265 | Turnover Payment | 1129-000 | $2,500.00 | | $2,500.00 |
| 11/20/12 | 10 | CHARTER ONE ONE CITIZENS DRIVERIVERSIDE, RI 02915-3000 | BANK ACCOUNT | 1229-000 | $3.26 | | $2,503.26 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | $2,503.26 | $0.00 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $2,503.26 | $2,503.26 |
| Less: Bank Transfers/CD's | $0.00 | $2,503.26 |
| Subtotal | $2,503.26 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,503.26 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $2,503.26 | $2,503.26 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-10160
Case Name: LUZ SERNA

Taxpayer ID No: XX-XXX7481
For Period Ending: 12/10/2014

Trustee Name: Frances Gecker
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX7281
GENERAL CHECKING
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $2,503.26 | | $2,503.26 |
| 02/12/13 | 9 | LUZ M. SERNA 5515 N. CHRISTIANACHICAGO, IL 60625 | Turnover Payment | 1129-000 | $500.00 | | $3,003.26 |
| 02/12/13 | 9 | LUZ M. SERNA 5515 N. CHRISTIANACHICAGO, IL 60625 | Turnover Payment | 1129-000 | $500.00 | | $3,503.26 |
| 02/12/13 | 9 | LUZ M. SERNA 5515 N. CHRISTIANACHICAGO, IL 60625 | Turnover Payment | 1129-000 | $500.00 | | $4,003.26 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $3.19 | $4,000.07 |
| 03/11/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEES | 2600-000 | | $6.81 | $3,993.26 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,983.26 |
| 04/17/13 | 9 | LUZ M. SERNA 5515 N. CHRISTIANACHICAGO, IL 60625 | Turnover Payment | 1129-000 | $500.00 | | $4,483.26 |
| 04/17/13 | 9 | LUZ M. SERNA 5515 N. CHRISTIANACHICAGO, IL 60625 | Turnover Payment | 1129-000 | $1,000.00 | | $5,483.26 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,473.26 |
| 05/10/13 | 9 | LUZ M. SERNA 5515 N. CHRISTIANACHICAGO, IL 60625 | Turnover Payment | 1129-000 | $500.00 | | $5,973.26 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,963.26 |
| 06/20/13 | 9 | LUZ M. SERNA 5515 N. CHRISTIANACHICAGO, IL 60625 | Turnover Payment | 1129-000 | $500.00 | | $6,463.26 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,453.26 |
| | | | Page Subtotals: | | $6,503.26 | $50.00 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-10160
Case Name: LUZ SERNA
Taxpayer ID No: XX-XXX7481
For Period Ending: 12/10/2014

Trustee Name: Frances Gecker
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX7281
GENERAL CHECKING
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/11/13 | 9 | LUZ M. SERNA 5515 N. CHRISTIANACHICAGO, IL 60625 | Turnover Payment | 1129-000 | $500.00 | | $6,953.26 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,943.26 |
| 08/20/13 | 9 | LUZ M. SERNA 5515 N. CHRISTIANACHICAGO, IL 60625 | Turnover Payment | 1129-000 | $500.00 | | $7,443.26 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.56 | $7,432.70 |
| 09/16/13 | 9 | LUZ M. SERNA 5515 N. CHRISTIANACHICAGO, IL 60625 | Turnover Payment | 1129-000 | $500.00 | | $7,932.70 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.03 | $7,921.67 |
| 10/21/13 | 9 | LUZ M. SERNA 5515 N. CHRISTIANACHICAGO, IL 60625 | Turnover Payment | 1129-000 | $720.00 | | $8,641.67 |
| 02/03/14 | 10000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $12.45 | $8,629.22 |
| 10/01/14 | 10001 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL 60654 | Attorney for Trustee Fees (Trustee | | | $3,337.60 | $5,291.62 |
| | | FRANKGECKER LLP | ($3,336.50) | 3110-000 | | | |
| | | FRANKGECKER LLP | ($1.10) | 3120-000 | | | |
| 10/01/14 | 10002 | FRANCES GECKER 325 N. LaSalle StreetSuite 625Chicago, IL 60654 | Trustee Compensation | 2100-000 | | $1,622.33 | $3,669.29 |
| 10/01/14 | 10003 | DISCOVER BANK<br>DB SERVICING CORPORATION PO BOX 3025 NEW ALBANY, OH 43054-3025 | Claim 000001, Payment 13.89108% | 7100-000 | | $628.97 | $3,040.32 |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals: | $2,220.00 | $5,632.94 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-10160
Case Name: LUZ SERNA

Taxpayer ID No: XX-XXX7481
For Period Ending: 12/10/2014

Trustee Name: Frances Gecker
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX7281
GENERAL CHECKING
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/01/14 | 10004 | RBS CITIZENS<br><br>443 JEFFERSON BLVD<br>RJW 135<br>WARWICK RI 02886 | Claim 000002, Payment 13.89127% | 7100-000 | | $277.41 | $2,762.91 |
| 10/01/14 | 10005 | FIA CARD SERVICES, N.A.<br><br>4161 PIEDMONT PARKWAY<br>NC4 105 03 14<br>GREENSBORO, NC 27410 | Claim 000003, Payment 13.89110% | 7100-000 | | $504.04 | $2,258.87 |
| 10/01/14 | 10006 | AMERICAN EXPRESS CENTURION BANK<br><br>BECKET AND LEE LLP<br>ATTORNEYS AGENT FOR CREDITOR<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000004, Payment 13.89113% | 7100-000 | | $1,887.91 | $370.96 |
| 10/01/14 | 10007 | GE CAPITAL RETAIL BANK<br><br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI FL 33131-1605 | Claim 000005, Payment 13.89095% | 7100-000 | | $89.98 | $280.98 |
| 10/01/14 | 10008 | PYOD, LLC ITS SUCCESSORS AND ASSIGN<br><br>ASSIGNEE<br>OF CITIBANK (SOUTH DAKOTA), N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Claim 000006, Payment 13.89047% | 7100-000 | | $48.70 | $232.28 |
| 10/01/14 | 10009 | ECAST SETTLEMENT CORPORATION<br><br>C/O BASS & ASSOCIATES, P.C.<br>3936 E FT. LOWELL, SUITE 200<br>TUCSON, AZ 85712 | Claim 000007, Payment 13.89085% | 7100-000 | | $232.28 | $0.00 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $8,723.26 | $8,723.26 |
| Less: Bank Transfers/CD's | $2,503.26 | $0.00 |
| Page Subtotals: | $0.00 | $3,040.32 |

Exhibit 9

| | | |
|---|---|---|
| Subtotal | $6,220.00 | $8,723.26 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,220.00 | $8,723.26 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7281 - GENERAL CHECKING | $6,220.00 | $8,723.26 | $0.00 |
| XXXXXX8761 - GENERAL CHECKING | $2,503.26 | $0.00 | $0.00 |
| | $8,723.26 | $8,723.26 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,723.26 |
| Total Gross Receipts: | $8,723.26 |

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|